911 F.2d 721
 Carlton (Donna G.), Lynch (Joan, Don), Harrison (John,
Mary), Keane (William, Stephanie), Hughes (William, Helen),
Lynch (Leonard, Barbara), Middleton (E., Jr.), Schaubach
(G., Carolyn), Todd (Moses), Kellam (Harold, Jr.), Huey
(H.), Bleau (Donald), Newbill (E.), Ford (Stanley),
Blankenbeckler (Connell), Perry (Tommy), Kline (Alvin, Jr.),
English & Ward Investment Co., Ashley (Millard), Whitmore (Thomas, Jr.)
v.
Irvin (William), Gecker (Daniel), Franklin (Wayne), Jolly
 NO. 89-2972
 United States Court of Appeals,
Fourth Circuit.
 AUG 02, 1990
 Appeal From: E.D.Va., 125 F.R.D. 423
 
 1
 AFFIRMED.